# Exhibit 2

Non Method Claim: 20

| US10887364 | Yubo ("The accused instrumentality") |
|---|---|
| 20. A system of a broadcaster streaming media content on the Internet comprising: | The accused instrumentality discloses utilizing a system (e.g., a backend system of the broadcaster, etc.) of a broadcaster (e.g., a creator) streaming media content (e.g., livestream) on the Internet.<br><br>As shown below, the accused instrumentality receives broadcast media content such as livestream from creators and streams it to viewers over the internet via its app. It allows viewers to watch the broadcasted livestream in real time.<br><br><br><br>https://www.yubo.live/ |



What about if you're looking for someone to discuss the latest episode of your favorite anime show with? Simply, add that interest tag to your profile and then search for others with that same tag! We refer to that as "add by tags" – it's one of our users' favorite systems for finding friends and makes starting conversations easy. But, if messaging one-on-one isn't your thing, then jump into one of our thousands of livestreams!

https://www.yubo.live/blog/what-is-yubo-used-for

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

# How does Yubo live streaming work?

In Yubo lives, you have the world to discover right at your fingertips. Any country, any language, any interest, just hop into a Yubo Live and start chatting. Lives range from one person to ten people streaming and can have an unlimited number of viewers. If you're more comfortable talking with one person or small groups, there's lives for that. If you'd rather be part of a large crowd watching different people display their talents, share hilarious stories or talk about their day, there's lives for that. Yubo is all about what is comfortable to you, and what interests you. There is something for everyone.

https://www.yubo.live/blog/what-is-yubo-used-for

Huge movie buff? Join a Youtube watchparty on Yubo! Magician in training? Hop into a talent Live and practice your profession. Need to focus on homework? Start your own Live and put up a sign telling others to study with you! Wanting to discuss politics, but none of your IRL friends are interested? Join a debate Live (just make sure to keep it respectful)!

https://www.yubo.live/blog/what-is-yubo-used-for

# But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**Yubo** is designed to be an authentic social platform. On the app, you can find new friends through live streaming and authentic interactions. All based on your own interests!

It is the best app to find new friends. You can make friends from all over the world, and meet new people from different cultures and countries.

**Yubo** is also a place where you can express yourself. You can talk to your favorite celebrities or your friends about your life, your hobbies, and everything that is important to you.

**Yubo** is the best social platform to make friends.

You can watch live broadcasts and see the live crowd. If you want to meet new people, make friends, and have fun, then **Yubo** is the best place for you.

https://yellow-make-new-friends.en.softonic.com/android

*"The future of the digital world now rests upon how willing we are to use behavioral insights to stop the bad from spoiling the good. Yubo is leading the way with live intervention, and there is no better way to learn than in the moment."*

https://www.yubo.live/blog/real-time-intervention-on-social-video

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better," he says.*

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

# There are plenty of ways to make international friends!

With the power of the internet, you can easily chat by messaging or video with people you have never met before living in places you never even knew existed. You have probably had online interactions with people from other countries without even knowing it. Look at Yubo for example, you have access to the whole world in the palm of your hand. You can literally live stream with people from another country anytime you open the app. Our users often share their experience making international friends on Yubo, too! Friends from all over the word don't always need to live in another country or be met on some grand adventure. It can also be as simple as having lunch with an international student or someone who has immigrated to your community that you welcome with open arms.

https://www.yubo.live/blog/benefits-of-having-friends-from-all-around-the-world



https://devtechnosys.com/insights/omegle-alternatives/



https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

| a. a computing system of the broadcaster configured to receive broadcast media content from facilities of the broadcaster; | The accused instrumentality discloses a computing system (e.g., servers, etc.) of the broadcaster (e.g., a creator) configured to receive broadcast media content (e.g., livestream) from facilities of the broadcaster (e.g., a creator). As shown below, the accused instrumentality receives media content such as livestream from creators. |

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

What about if you're looking for someone to discuss the latest episode of your favorite anime show with? Simply, add that interest tag to your profile and then search for others with that same tag! We refer to that as "add by tags" – it's one of our users' favorite systems for finding friends and makes starting conversations easy. But, if messaging one-on-one isn't your thing, then jump into one of our thousands of livestreams!

https://www.yubo.live/blog/what-is-yubo-used-for

## But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better," he says.*

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime.

Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

Yubo uses GKE to stay on top of the technological demands of a platform whose users interact with 130,000 different livestreams every day, all around the world, causing big spikes in traffic at different times. "For every user, we want to offer very high levels of quality during a livestream, with low latency and no crashes, and this is what having a distributed architecture managed by GKE truly helps us achieve," says Patora. "We use GKE, as we have a lot of microservices and we want everything to be properly distributed and managed in real time. With this stack, we can continually build and improve services because if one service goes down, another one will not be affected."

https://cloud.google.com/customers/yubo



a media content

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

| b. the computing system of the broadcaster configured to stream the broadcast media content on the Internet to audience web pages; | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a creator) configured to stream the broadcast media content (e.g., livestream) on the Internet to audience web pages (e.g., a web page of the accused instrumentality). <br><br> As shown below, the accused instrumentality utilizes servers, etc. that process and distribute the livestream media content. When a viewer clicks a livestream, the embedded media player on the webpage requests the livestream video data from streaming servers. The media streams through the Internet to the Yubo platform. |



a media content

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

What about if you're looking for someone to discuss the latest episode of your favorite anime show with? Simply, add that interest tag to your profile and then search for others with that same tag! We refer to that as "add by tags" – it's one of our users' favorite systems for finding friends and makes starting conversations easy. But, if messaging one-on-one isn't your thing, then jump into one of our thousands of livestreams!

https://www.yubo.live/blog/what-is-yubo-used-for

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

# But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better," he says.*

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

# How does Yubo live streaming work?

In Yubo lives, you have the world to discover right at your fingertips. Any country, any language, any interest, just hop into a Yubo Live and start chatting. Lives range from one person to ten people streaming and can have an unlimited number of viewers. If you're more comfortable talking with one person or small groups, there's lives for that. If you'd rather be part of a large crowd watching different people display their talents, share hilarious stories or talk about their day, there's lives for that. Yubo is all about what is comfortable to you, and what interests you. There is something for everyone.

https://www.yubo.live/blog/what-is-yubo-used-for

Huge movie buff? Join a Youtube watchparty on Yubo! Magician in training? Hop into a talent Live and practice your profession. Need to focus on homework? Start your own Live and put up a sign telling others to study with you! Wanting to discuss politics, but none of your IRL friends are interested? Join a debate Live (just make sure to keep it respectful)!

https://www.yubo.live/blog/what-is-yubo-used-for

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**The One Who Uses Yubo To Pass The Time:** Need something to fill the silence while you're doing – well, anything? For these types of needs, we recommend hopping into one of our lives with multiple streamers – bonus points if you can find a full panel with 10 streamers!  With multiple people in one live, you're guaranteed to never have a silent moment. Even better, stream Youtube into your live directly from the Yubo App! Fill your own silence and help others fill theirs as well.

**The Debater:** We know your type well on Yubo. No matter the hour, you'll always be able to find a debate live to hop into. While you're entitled to share your opinions, we do want to ensure debate lives are a safe space. Stay respectful and be sure to enunciate. Comment warriors, this is for you as well.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

**The One Here for A Good Time:** If you're ready for it, join the #1 live on Yubo! The more viewers, the more energy. Be sure to raise your hand to join the stream and add to the entertainment, or react from the comments and raise the energy in your own way!

**The World Traveler:** Do you want to see the world, but still have to save up for the big trip? Meet people from all over the world with Yubo! Set your preferred live location to Tokyo, Rome, Paris, or anywhere you want! Meet people who will virtually show you around their hometowns or who can even help you learn their language, just like this user who learned 7 languages with Yubo – *C'est incroyable!*

**The Gamer or Anime Lover:** Tired of gamers being grouped in with anime? Don't worry, the Yubo App separates these into two separate categories of lives. Users hosting lives about gaming or anime can be found in dedicated tabs to help you ensure you find your kind of people that you can weeb out with.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

# There are plenty of ways to make international friends!

With the power of the internet, you can easily chat by messaging or video with people you have never met before living in places you never even knew existed. You have probably had online interactions with people from other countries without even knowing it. Look at Yubo for example, you have access to the whole world in the palm of your hand. You can literally live stream with people from another country anytime you open the app. Our users often share their experience making international friends on Yubo, too! Friends from all over the word don't always need to live in another country or be met on some grand adventure. It can also be as simple as having lunch with an international student or someone who has immigrated to your community that you welcome with open arms.

https://www.yubo.live/blog/benefits-of-having-friends-from-all-around-the-world

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime.

Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

| | |
|---|---|
| | Yubo uses GKE to stay on top of the technological demands of a platform whose users interact with 130,000 different livestreams every day, all around the world, causing big spikes in traffic at different times. "For every user, we want to offer very high levels of quality during a livestream, with low latency and no crashes, and this is what having a distributed architecture managed by GKE truly helps us achieve," says Patora. "We use GKE, as we have a lot of microservices and we want everything to be properly distributed and managed in real time. With this stack, we can continually build and improve services because if one service goes down, another one will not be affected."<br><br>https://cloud.google.com/customers/yubo |
| c. audience web pages presented to users by a web server of the broadcaster and configured to play the streamed broadcast media content; | The accused instrumentality discloses audience web pages (e.g., a web page of the accused instrumentality) presented to users (e.g., viewers) by a web server (e.g., an edge server) of the broadcaster (e.g., a creator) and configured to play the streamed broadcast media content (e.g., livestream).<br><br>As shown below, the accused instrumentality utilizes servers that process and distribute the livestream media content. When a viewer clicks a livestream, an embedded media player on the webpage requests the livestream video data from streaming servers. The media streams through the Internet to the Yubo platform. The livestream that viewers access on the accused instrumentality, are delivered from accused instrumentality's edge servers that are located geographically closer to users to improve speed. The edge servers act as the web servers of the broadcaster (e.g., creator) and are responsible for hosting and serving the HTML, JavaScript, |

and media player components that make up each livestream.



https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

# But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better," he says.*

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

Huge movie buff? Join a Youtube watchparty on Yubo! Magician in training? Hop into a talent Live and practice your profession. Need to focus on homework? Start your own Live and put up a sign telling others to study with you! Wanting to discuss politics, but none of your IRL friends are interested? Join a debate Live (just make sure to keep it respectful)!

https://www.yubo.live/blog/what-is-yubo-used-for

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**The One Who Uses Yubo To Pass The Time:** Need something to fill the silence while you're doing – well, anything? For these types of needs, we recommend hopping into one of our lives with multiple streamers – bonus points if you can find a full panel with 10 streamers!  With multiple people in one live, you're guaranteed to never have a silent moment. Even better, stream Youtube into your live directly from the Yubo App! Fill your own silence and help others fill theirs as well.

**The Debater:** We know your type well on Yubo. No matter the hour, you'll always be able to find a debate live to hop into. While you're entitled to share your opinions, we do want to ensure debate lives are a safe space. Stay respectful and be sure to enunciate. Comment warriors, this is for you as well.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

**The One Here for A Good Time:** If you're ready for it, join the #1 live on Yubo! The more viewers, the more energy. Be sure to raise your hand to join the stream and add to the entertainment, or react from the comments and raise the energy in your own way!

**The World Traveler:** Do you want to see the world, but still have to save up for the big trip? Meet people from all over the world with Yubo! Set your preferred live location to Tokyo, Rome, Paris, or anywhere you want! Meet people who will virtually show you around their hometowns or who can even help you learn their language, just like this user who learned 7 languages with Yubo – *C'est incroyable!*

**The Gamer or Anime Lover:** Tired of gamers being grouped in with anime? Don't worry, the Yubo App separates these into two separate categories of lives. Users hosting lives about gaming or anime can be found in dedicated tabs to help you ensure you find your kind of people that you can weeb out with.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

# There are plenty of ways to make international friends!

With the power of the internet, you can easily chat by messaging or video with people you have never met before living in places you never even knew existed. You have probably had online interactions with people from other countries without even knowing it. Look at Yubo for example, you have access to the whole world in the palm of your hand. You can literally live stream with people from another country anytime you open the app. Our users often share their experience making international friends on Yubo, too! Friends from all over the word don't always need to live in another country or be met on some grand adventure. It can also be as simple as having lunch with an international student or someone who has immigrated to your community that you welcome with open arms.

https://www.yubo.live/blog/benefits-of-having-friends-from-all-around-the-world

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

| | |
|---|---|
| | Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime. Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.<br><br>https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f<br><br>When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:<br><br>https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f |
| d. the computing system of the broadcaster configured to receive a trigger | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a creator) configured to receive a trigger message (e.g., a viewer interaction trigger such as a comment submission, hand-raise request to join a livestream, etc.) originated by a system of the broadcaster (e.g., an automation system of the broadcaster, etc.), and, in response to the trigger message (e.g., a comment trigger, hand raise trigger to join livestream, |

| | |
|---|---|
| message originated by a system of the broadcaster, and, in response to the trigger message, to create a script command specifying a supplemental media stream and associated audience web page reconfiguration data to accommodate the supplemental media stream;<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or* | etc.), to create a script command (e.g.,  computer instructions, etc.) specifying a supplemental media stream (e.g., a comment section, an additional live video feed from a newly joined participant, etc. ) and associated audience web page (e.g., a web page of the accused instrumentality) reconfiguration data (e.g., changed layout, etc.) to accommodate the supplemental media stream (e.g., a comment section, an additional live video feed from a newly joined participant, etc.).<br><br>As shown below, the accused instrumentality utilizes servers that process and distribute the livestream media content. When a viewer clicks a livestream, an embedded media player on the webpage requests the livestream video data from streaming servers. The media streams through the Internet to the Yubo platform. During a livestream, the accused instrumentality's broadcast systems receive viewer interaction events generated within the platform such as submitting a comment, sending a request to join the livestream, etc. In response to such interaction events, the accused instrumentality updates the livestream interface by displaying the live comment section, adding a newly joined participant's video feed, etc. The application interface is updated to accommodate the additional content. |

| | |
|---|---|
| *additional content, is played or shown, other display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | **What is live streaming?**<br><br>Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.<br><br>Here's how to start your first Live:<br><br>1. Go to the **Live** screen from the bottom menu.<br><br>2. Tap the **Plus (+)** button on the right side.<br><br>3. Enable your camera and microphone permissions.<br><br>4. When you're ready, tap **Start Live Video** — and you're on!<br><br>Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.<br><br>https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming<br><br>When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as comments submitted by viewers in real time. In response, the platform displays these comments (e.g., supplemental media stream) within a dedicated on-screen comment section while the livestream video continues to play. The accused instrumentality dynamically updates the layout of the livestream viewing screen by providing a |

portion of the display to show incoming comments while continuing to present the main video content (e.g., livestream).

## But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better,"* he says.

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**The Debater:** We know your type well on Yubo. No matter the hour, you'll always be able to find a debate live to hop into. While you're entitled to share your opinions, we do want to ensure debate lives are a safe space. Stay respectful and be sure to enunciate. Comment warriors, this is for you as well.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

**The One Here for A Good Time:** If you're ready for it, join the #1 live on Yubo! The more viewers, the more energy. Be sure to raise your hand to join the stream and add to the entertainment, or react from the comments and raise the energy in your own way!

**The World Traveler:** Do you want to see the world, but still have to save up for the big trip? Meet people from all over the world with Yubo! Set your preferred live location to Tokyo, Rome, Paris, or anywhere you want! Meet people who will virtually show you around their hometowns or who can even help you learn their language, just like this user who learned 7 languages with Yubo – *C'est incroyable!*

**The Gamer or Anime Lover:** Tired of gamers being grouped in with anime? Don't worry, the Yubo App separates these into two separate categories of lives. Users hosting lives about gaming or anime can be found in dedicated tabs to help you ensure you find your kind of people that you can weeb out with.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives



https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as a viewer selecting the "raise hand" option to join the livestream. In response, the platform allows the viewer to join the livestream and adds the viewer's live video as an additional video stream while the original livestream continues to play. The accused instrumentality updates the layout of the livestream viewing screen by providing a portion of the display to show the newly joined participant's video together with the original livestream video.



https://www.youtube.com/watch?v=TtHgKTpiWAU

# Raising your hand to join as a streamer

When you join someone else's Live, you'll start out as a **watcher** — meaning you can chat with everyone but not stream yourself (yet). If you want to hop on and join the fun, you'll need to raise your hand ✋.

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

Here's how to do it:

1. Tap the **Hand icon** at the bottom-right of your screen.



2. Wait for one of the streamers to **approve your request**.



3. Once accepted, you're in — start streaming and enjoy the moment!

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

## Join a Live to Hang Out in Real Time

Lives are livestream video rooms where you can talk, play games, or get a group together to just be together in your own digital space. And if venturing into a random room with strangers sounds intimidating, don't worry! You can always join a Live as a watcher (with your mic and camera off) to get a sense of the energy in the room first — believe us, nobody will judge you. And then, when you're feeling it, you can raise your hand to join as a full participant. Some Lives are big and lively, while others are small and personal. Either way, they're all about enjoying a face-to-face conversation and sharing an authentic experience.

https://www.yubo.live/faq



media content

supplemental media stream

https://www.gaytimes.com/culture/how-social-media-platform-yubo-is-uplifting-the-next-generation/



https://techcrunch.com/2022/05/25/gen-z-social-app-yubo-rolls-out-age-estimating-technology-to-better-identify-minors-using-its-service/

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime.
Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

| | |
|---|---|
| | When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:<br><br>https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f<br><br>Yubo uses GKE to stay on top of the technological demands of a platform whose users interact with 130,000 different livestreams every day, all around the world, causing big spikes in traffic at different times. "For every user, we want to offer very high levels of quality during a livestream, with low latency and no crashes, and this is what having a distributed architecture managed by GKE truly helps us achieve," says Patora. "We use GKE, as we have a lot of microservices and we want everything to be properly distributed and managed in real time. With this stack, we can continually build and improve services because if one service goes down, another one will not be affected."<br><br>https://cloud.google.com/customers/yubo |
| e. the computing system of the | The accused instrumentality discloses the computing system of the broadcaster (e.g., servers, etc.) configured to send the script command (e.g., computer instructions, etc.) to the audience |

| broadcaster configured to send the script command to the audience web pages in association with the streamed broadcast media content; and, | web pages (e.g., a webpage of the accused instrumentality) in association with the streamed broadcast media content (e.g., livestreams).<br><br>As shown below, the accused instrumentality utilizes servers, etc. that process and distribute the livestream media content. When a viewer clicks a livestream, an embedded media player on the webpage requests the livestream video data from streaming servers. The media streams through the Internet to the Yubo platform. During a livestream, the accused instrumentality's broadcast systems receive viewer interaction events generated within the platform such as submitting a comment, sending a request to join the livestream, etc. In response to such interaction events, the accused instrumentality updates the livestream interface by displaying the live comment section, adding a newly joined participant's video feed, etc. The application interface is updated to accommodate the additional content. |
| --- | --- |

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as comments submitted by viewers in real time. In response, the platform displays these comments (e.g., supplemental media stream) within a dedicated on-screen comment section while the livestream video continues to play. The accused instrumentality dynamically updates the layout of the livestream viewing screen by providing a

portion of the display to show incoming comments while continuing to present the main video content (e.g., livestream).

# But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better,"* he says.

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**The Debater:** We know your type well on Yubo. No matter the hour, you'll always be able to find a debate live to hop into. While you're entitled to share your opinions, we do want to ensure debate lives are a safe space. Stay respectful and be sure to enunciate. Comment warriors, this is for you as well.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

**The One Here for A Good Time:** If you're ready for it, join the #1 live on Yubo! The more viewers, the more energy. Be sure to raise your hand to join the stream and add to the entertainment, or react from the comments and raise the energy in your own way!

**The World Traveler:** Do you want to see the world, but still have to save up for the big trip? Meet people from all over the world with Yubo! Set your preferred live location to Tokyo, Rome, Paris, or anywhere you want! Meet people who will virtually show you around their hometowns or who can even help you learn their language, just like this user who learned 7 languages with Yubo – *C'est incroyable!*

**The Gamer or Anime Lover:** Tired of gamers being grouped in with anime? Don't worry, the Yubo App separates these into two separate categories of lives. Users hosting lives about gaming or anime can be found in dedicated tabs to help you ensure you find your kind of people that you can weeb out with.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives



https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as a viewer selecting the "raise hand" option to join the livestream. In response, the platform allows the viewer to join the livestream and adds the viewer's live video as an additional video stream while the original livestream continues to play. The accused instrumentality updates the layout of the livestream viewing screen by providing a portion of the display to show the newly joined participant's video together with the original livestream video.



https://www.youtube.com/watch?v=TtHgKTpiWAU

# Raising your hand to join as a streamer

When you join someone else's Live, you'll start out as a **watcher** — meaning you can chat with everyone but not stream yourself (yet). If you want to hop on and join the fun, you'll need to raise your hand ✋.

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

Here's how to do it:

1. Tap the **Hand icon** at the bottom-right of your screen.



2. Wait for one of the streamers to **approve your request**.



3. Once accepted, you're in — start streaming and enjoy the moment!

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

## Join a Live to Hang Out in Real Time

Lives are livestream video rooms where you can talk, play games, or get a group together to just be together in your own digital space. And if venturing into a random room with strangers sounds intimidating, don't worry! You can always join a Live as a watcher (with your mic and camera off) to get a sense of the energy in the room first — believe us, nobody will judge you. And then, when you're feeling it, you can raise your hand to join as a full participant. Some Lives are big and lively, while others are small and personal. Either way, they're all about enjoying a face-to-face conversation and sharing an authentic experience.

https://www.yubo.live/faq



https://www.gaytimes.com/culture/how-social-media-platform-yubo-is-uplifting-the-next-generation/



https://techcrunch.com/2022/05/25/gen-z-social-app-yubo-rolls-out-age-estimating-technology-to-better-identify-minors-using-its-service/

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime.
Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

Yubo uses GKE to stay on top of the technological demands of a platform whose users interact with 130,000 different livestreams every day, all around the world, causing big spikes in traffic at different times. "For every user, we want to offer very high levels of quality during a livestream, with low latency and no crashes, and this is what having a distributed architecture managed by GKE truly helps us achieve," says Patora. "We use GKE, as we have a lot of microservices and we want everything to be properly distributed and managed in real time. With this stack, we can continually build and improve services because if one service goes down, another one will not be affected."

https://cloud.google.com/customers/yubo

| | |
|---|---|
| | "GKE allows us to moderate livestreams in a non-intrusive way," explains Patora. "Screenshots of livestreams are captured every two seconds and then processed by different algorithms that allow us to identify very specific things within the messages, such as mail that a user might be accidentally including in the frame but which might contain their home address, for example. Once we are sure that it's an image we need to moderate, we will get our safety specialists to either shut down the livestream or go into the stream and investigate further." Yubo's safety specialists are on the clock 24/7, all around the world, and this combination of human interaction and intuitive technology helps ensure that Yubo remains a safe space for users. The creation of this system was a positive experience for the team, as Patora explains, "It was a nice system to build, and it's a perfect example of what you can do by combining humans and smart technology."<br><br>https://cloud.google.com/customers/yubo |
| f. software of the audience web pages configured to receive the script command and to execute the instructions of the script command to reconfigure the layout of the audience web | The accused instrumentality discloses software (e.g., embedded media player, etc.) of the audience web pages (e.g., a web page of the accused instrumentality) configured to receive the script command (e.g., computer instructions, etc.) and to execute the instructions of the script command (e.g., computer instructions, etc.) to reconfigure the layout (e.g., layout of the livestream, etc.) of the audience web page pages (e.g., a web page of the accused instrumentality) for presentation of the supplemental media stream (e.g., a comment section, an additional live video feed from a newly joined participant, etc.), and to access and play the supplemental media stream (e.g., a comment section, an additional live video feed from a newly joined participant, etc.).<br><br>As shown below, the accused instrumentality utilizes servers that process and distribute the livestream media content. When a viewer clicks a livestream, an embedded media player on |

| | |
|---|---|
| page for presentation of the supplemental media stream, and to access and play the supplemental media stream.<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | the webpage requests the livestream video data from streaming servers. The media streams through the Internet to the Yubo platform. During a livestream, the accused instrumentality's broadcast systems receive viewer interaction events generated within the platform such as submitting a comment, sending a request to join the livestream, etc. In response to such interaction events, the accused instrumentality updates the livestream interface by displaying the live comment section, adding a newly joined participant's video feed, etc. The application interface is updated to accommodate the additional content. |

# What is live streaming?

Our version of livestreaming is called Live, letting you broadcast video of yourself in real time while others join, watch and chat with you. It's an easy way to hang out, share something fun, or just see who shows up.

Here's how to start your first Live:

1. Go to the **Live** screen from the bottom menu.

2. Tap the **Plus (+)** button on the right side.

3. Enable your camera and microphone permissions.

4. When you're ready, tap **Start Live Video** — and you're on!

Keep in mind that Lives are visible to everyone, so before you start, take a quick look at our Community Guidelines to make sure your stream plays by the rules.

https://support.yubo.live/hc/en-us/articles/115003767831-What-is-live-streaming

When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as comments submitted by viewers in real time. In response, the platform displays these comments (e.g., supplemental media stream) within a dedicated on-screen comment section while the livestream video continues to play. The accused instrumentality dynamically updates the layout of the livestream viewing screen by providing a

portion of the display to show incoming comments while continuing to present the main video content (e.g., livestream).

# But, what can you do on Yubo?

There's a whole Yuboverse to explore. On the live streaming side you can go live with up to 10 friends on camera or mic, and if that's not enough, an infinite number of viewers can also be engaging in the comments section and joining in on the jokes you and your friends make live. Spend quality time with your friends by playing virtual games like charades or pictionary to get the icebreakers out of the way, or screensharing your phone to watch TikToks and funny videos with others who could use a good laugh.

https://www.yubo.live/blog/what-is-yubo

*"The content is being broadcast live online so it makes sense that we intervene immediately before any damage is done. The faster we get involved, the better," he says.*

Despite receiving a popup about our community guidelines when they enter live streams on Yubo and knowing that Lives can be seen by anyone (not just their friends), some users still choose to push the limits.

https://www.yubo.live/blog/real-time-intervention-on-social-video

Despite those features, the best part of Yubo is the people. In the lives, you truly won't ever know what to expect. Dancing cosplayers, the cutest and funniest looking pets (yes, even snakes), soon-to-be comedians inviting viewers to their live "stage" one by one, and many other forever memories being made each day. Take your own time getting acclimated to the virtual live environment, and start small with solo streamer lives or hop into the biggest live and start commenting right away. That way, you're putting yourself out there at your own pace.

https://www.yubo.live/blog/what-is-yubo

**The Debater:** We know your type well on Yubo. No matter the hour, you'll always be able to find a debate live to hop into. While you're entitled to share your opinions, we do want to ensure debate lives are a safe space. Stay respectful and be sure to enunciate. Comment warriors, this is for you as well.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

**The One Here for A Good Time:** If you're ready for it, join the #1 live on Yubo! The more viewers, the more energy. Be sure to raise your hand to join the stream and add to the entertainment, or react from the comments and raise the energy in your own way!

**The World Traveler:** Do you want to see the world, but still have to save up for the big trip? Meet people from all over the world with Yubo! Set your preferred live location to Tokyo, Rome, Paris, or anywhere you want! Meet people who will virtually show you around their hometowns or who can even help you learn their language, just like this user who learned 7 languages with Yubo – *C'est incroyable!*

**The Gamer or Anime Lover:** Tired of gamers being grouped in with anime? Don't worry, the Yubo App separates these into two separate categories of lives. Users hosting lives about gaming or anime can be found in dedicated tabs to help you ensure you find your kind of people that you can weeb out with.

https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives



https://www.yubo.live/blog/tips-and-tricks-on-how-to-make-the-most-out-of-yubo-lives

When a livestream is active, the accused instrumentality's backend systems receive viewer interaction events such as a viewer selecting the "raise hand" option to join the livestream. In response, the platform allows the viewer to join the livestream and adds the viewer's live video as an additional video stream while the original livestream continues to play. The accused instrumentality updates the layout of the livestream viewing screen by providing a portion of the display to show the newly joined participant's video together with the original livestream video.



https://www.youtube.com/watch?v=TtHgKTpiWAU

# Raising your hand to join as a streamer

When you join someone else's Live, you'll start out as a **watcher** — meaning you can chat with everyone but not stream yourself (yet). If you want to hop on and join the fun, you'll need to raise your hand ✋ .

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

Here's how to do it:

1. Tap the **Hand icon** at the bottom-right of your screen.



2. Wait for one of the streamers to **approve your request**.



3. Once accepted, you're in — start streaming and enjoy the moment!

https://support.yubo.live/hc/en-us/articles/360013163979-Raising-your-hand-to-join-as-a-streamer

# Join a Live to Hang Out in Real Time

Lives are livestream video rooms where you can talk, play games, or get a group together to just be together in your own digital space. And if venturing into a random room with strangers sounds intimidating, don't worry! You can always join a Live as a watcher (with your mic and camera off) to get a sense of the energy in the room first — believe us, nobody will judge you. And then, when you're feeling it, you can raise your hand to join as a full participant. Some Lives are big and lively, while others are small and personal. Either way, they're all about enjoying a face-to-face conversation and sharing an authentic experience.

https://www.yubo.live/faq



https://www.gaytimes.com/culture/how-social-media-platform-yubo-is-uplifting-the-next-generation/



https://techcrunch.com/2022/05/25/gen-z-social-app-yubo-rolls-out-age-estimating-technology-to-better-identify-minors-using-its-service/

Yubo's backend infrastructure consists of approximately 300 workloads and 50 databases spread across multiple data centers. Each data center serves a specialized purpose:

- **Live Data Center:** Dedicated to managing the live streaming features of Yubo, running scalable virtual machines optimized for real-time operations.

https://medium.com/yubo-tech/how-we-manage-a-80m-users-infrastructure-with-a-5-person-team-part-1-introduction-to-yubos-d452103e6f0d

Our Lives stack is based on VM pools that register in Consul with different tags depending on the VM's resources used and its uptime. Originally, this stack was on baremetal in a Datacenter near the European backbone. This very static provisioning of baremetal machines meant that we were consuming servers that were simply not being used when our traffic was low. In order to control the costs and scalability of this stack, we decided to migrate it to our Cloud Provider GCP.

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

When we need more servers, we trigger an alert via GCP Cloud Monitoring. This alert is sent to a GCP Pub/Sub Topic, which in turn is consumed by Argo Events. This Pub/Sub and the declaration of these alerts are, of course, declared in the configuration of our Datacenters:

https://medium.com/yubo-tech/how-we-manage-an-80m-user-infrastructure-with-a-5-person-team-part-4-automation-at-scale-944d86d5fd7f

Yubo uses GKE to stay on top of the technological demands of a platform whose users interact with 130,000 different livestreams every day, all around the world, causing big spikes in traffic at different times. "For every user, we want to offer very high levels of quality during a livestream, with low latency and no crashes, and this is what having a distributed architecture managed by GKE truly helps us achieve," says Patora. "We use GKE, as we have a lot of microservices and we want everything to be properly distributed and managed in real time. With this stack, we can continually build and improve services because if one service goes down, another one will not be affected."

https://cloud.google.com/customers/yubo